# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | |
|---|---|
| WENDY DION | ) |
| *Plaintiff* | ) |
| v. | )    Case No.    3:26-cv-00827 |
| XSOLIS, INC. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Xsolis, Inc.                                                                                 .

Date:    7/13/2026

/s/ Jordyne J. Richartz
*Attorney's signature*

Jordyne J. Richartz, BPR No. 038434
*Printed name and bar number*

Butler Snow LLP
1320 Adams Street, Suite 1400
Nashville, TN  37208

*Address*

jordyne.richartz@butlersnow.com
*E-mail address*

(615) 651-6658
*Telephone number*

(615) 651-6701
*FAX number*